IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

International Union of Operating
Engineers, Local 139, AFL-CIO,

      Plaintiff,

  v.

Wingra Stone Company,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-236-wmc

      This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that summary judgment is entered in favor of plaintiff International Union of Operating Engineers, Local 139, AFL-CIO and against defendant Wingra Stone Company.

    s/ J. Titak, Deputy Clerk                      9/29/2016
    Peter Oppeneer, Clerk of Court                       Date