UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 139,
AFL-CIO,

                Plaintiff,

      v.

WINGRA STONE COMPANY,

               Defendant.

Case No. 15-cv-236

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Wingra Stone Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order denying summary judgment in favor of Wingra Stone Company and entering summary judgment in favor of Plaintiffs, International Union of Operating Engineers, Local 139, AFL-CIO.

Pursuant to the Order, the arbitrator's award of damages in Plaintiff's favor of was confirmed, and Plaintiff has and recovers judgment from and against Defendant in the total amount of $297,029. In addition, the arbitrator awarded Plaintiff 4.25% interest on the entire judgment balance. The District Court's Order was issued, and Judgment was entered, in this action on September 29, 2016.

Dated this 21th day of October, 2016.

        s/ Robert S. Driscoll
        John H. Zawadsky
        WI State Bar ID No. 1008654
        jzawadsky@reinhartlaw.com
        Robert S. Driscoll
        WI State Bar ID No. 1071461
        rdriscoll@reinhartlaw.com
        Attorneys for Defendant
        Reinhart Boerner Van Deuren s.c.
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202

        Mailing Address:
        P.O. Box 2965
        Milwaukee, WI 53201-2965
        Telephone: 414-298-1000
        Facsimile: 414-298-8097

## CERTIFICATE OF SERVICE

I, Robert S. Driscoll, one of the attorneys for Wingra Stone Company. certify that on the 21th day of October, 2016, I caused the foregoing Notice of Appeal to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

                                                s/ Robert S. Driscoll
                                                Attorney for Wingra Stone Company